MARY E. PERKINS, *Plaintiff in Error,* v. IMOGEN TAYLOR, *Defendant in Error·*

Opinion filed May 21, 1919.

.   Petition for Rehearing denied June 26, 1919.

A Writ of Error to the Circuit Court for Duval County; Daniel A. Simmons, Judge.

*John L. Doggett, W. E. Kay* and *Henry C. Clark,* for Plaintiff in Erorr;

*Cockrell & Cockrell* and *W. T. McCaffrey,* for Defendant in Error.

PER CURIAM—It is ordered that the judgment of the Circuit Court in this cause be reversed upon the authority of the decision and opinion this day filed in·the case of Mary E. Perkins v. Mrs· C. O'Donald et al.

All concur.